















JPP    5/18/01    11:06

3:01-CV-00852    GODBOUT V. MORENO

*1*

*NTCREM.*

ORIGINAL

GREGORY A. VEGA
United States Attorney
KENNETH J. IAN
Special Assistant U.S. Attorney
28 U.S.C. § 543
Office of the United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:  (619) 557-7121

Attorneys for Defendant

FILED

01 MAY 17 PM 3:01



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'01 CV _0852 R   (NLS)

| | |
|---|---|
| LARRY S. GODBOUT, and<br>JESSE L. VITKOW | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | (28 U.S.C. §§1441, 1442,<br>1446, 1346(b) and 2679) |
| JOHN MORENO and DOES 1-25 | |
| Defendants. | Removed from<br>San Diego County Superior<br>Court<br>Case No. GIN008883 |

TO:  All Parties

COMES NOW, Defendant John Moreno of the United States Marine Corps, by and through his attorneys, Gregory A. Vega, United States Attorney, and Kenneth J. Ian, Special Assistant U. S. Attorney, and respectfully notices the removal of the above-captioned action.

1.  The federal employee, John Moreno has been named as a defendant in the above-captioned case now pending in the Superior Court of California, San Diego, Case No. GIN008883.

2.  On or after January 9, 2001, John Moreno was made aware of the process in the above captioned case now pending as Case No. GIN008883 in the Superior Court of the State California.  Mr. Moreno

1

was served with the complaint and the summons in the above captioned case on March 7, 2001.

3.   Neither the United States Attorney nor the Attorney General has ever been served in this case.

4.   Removal of this case is appropriate under 28 U.S.C. § 1442, as the Defendant Moreno is an official of an agency of the United States.   Section 1442 states, in part:

> A civil action . . . commenced in State court against any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:   . . . The United States or any agency thereof or any officer...of the United States or of any agency thereof. . . .

5.   Removal of this case is also proper under 28 U.S.C. § 2679, as defendant Moreno faces tort claims arising from the performance of his official duties, as §2679 subdivision (d)(2) states in part:

> [A]ny civil action . . . shall be removed without bond at any time before trial. . . .

6.   This action is properly removable to this Court, as this judicial district embraces the place in which the above-captioned civil action is pending.

7.   A further basis for removal is that the claims for monetary recovery in this action appear to be based on a federal employee's employment related conduct, and therefore can be brought, if at all, only pursuant to the provisions of the Federal Tort Claims Act ("FTCA") (28 U.S.C. § 1346(b) and §§ 2671-2680).   United States District Courts have exclusive jurisdiction over FTCA litigation, 28 U.S.C. §§ 1346(b).

8.   It is anticipated that defendant Moreno or substituted defendant United States may raise several defenses to the complaint,

2

including but not limited to (1)  That the United States may be substituted as Defendant in place of John Moreno as to all tort claims; (2) That the United States may assert its sovereign immunity as a defense; (3) That Plaintiff may have failed to exhaust his administrative remedies under the FTCA (28 U.S.C. § 2675).

Dated: May 17, 2001                              GREGORY A. VEGA
                                                 United States Attorney


                                                 _____
                                                 KENNETH J. IAN
                                                 Special Assistant U.S. Attorney

3

**EXHIBIT A**

ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):

TELEPHONE: (760) 721-4878

FOR COURT USE ONLY

Thomas F. Feerick, Esq.    (SBN 176412)
MUSE' & FEERICK, LLP
2424 Vista Way, Suite 204
Oceanside  CA  92054

99 NOV -3 PM 4:30

CLERK... COURT
SAN... COUNTY, CA

ATTORNEY FOR (NAME):  Plaintiffs

Insert name of court, judicial district or branch court, if any, and post office and street address:

SUPERIOR COURT OF CALIFORNIA
325 So. Melrose Drive
Vista  CA  92083

NORTH COUNTY BRANCH

PLAINTIFF: LARRY S. GODBOUT, JESSE L. VITKOW

DEFENDANT: JOHN G. MORENO and

[x] DOES 1 TO __25__

COMPLAINT- Personal Injury, Property Damage, Wrongful Death
[X] MOTOR VEHICLE          [ ] OTHER (specify):
    [ ] Property Damage        [ ] Wrongful Death
    [X] Personal Injury        [ ] Other Damages (specify):

CASE NUMBER:

GIN008883

---

1. This pleading, including attachments and exhibits, consists of the following number of pages: __5__

2. a. Each plaintiff named above is a competent adult
      [ ] Except plaintiff (name):
          [ ] a corporation qualified to do business in California
          [ ] an unincorporated entity (describe):
          [ ] a public entity (describe):
          [ ] a minor    [ ] an adult
              [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
              [ ] other (specify):
          [ ] other (specify):

      [ ] Except plaintiff (name):
          [ ] a corporation qualified to do business in California
          [ ] an unincorporated entity (describe):
          [ ] a public entity (describe):
          [ ] a minor    [ ] an adult
              [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
              [ ] other (specify):
          [ ] other (specify):

   b. [ ] Plaintiff (name):
          is doing business under the fictitious name of (specify):

          and has complied with the fictitious business name laws.
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Complaint -
          Attachment 2c.                    (Continued)

Form Approved by the
Judicial Council of California

COMPLAINT - Personal Injury, Property Damage,
Wrongful Death

CCP 425.12

## COMPLAINT- Personal Injury, Property Damage, Wrongful Death

*Page two*

3. a. Each defendant named above is a natural person

☐ Except defendant *(name):*      ☐ Except defendant *(name):*

☐ a business organization, form unknown    ☐ a business organization, form unknown
☐ a corporation    ☐ a corporation
☐ an unincorporated entity *(describe):*    ☐ an unincorporated entity *(describe):*

☐ a public entity *(describe):*    ☐ a public entity *(describe):*

☐ other *(specify):*    ☐ other *(specify):*

☐ Except defendant *(name):*      ☐ Except defendant *(name):*

☐ a business organization, form unknown    ☐ a business organization, form unknown
☐ a corporation    ☐ a corporation
☐ an unincorporated entity *(describe):*    ☐ an unincorporated entity *(describe):*

☐ a public entity *(describe):*    ☐ a public entity *(describe):*

☐ other *(specify):*    ☐ other *(specify):*

b. The true names and capacities of defendants sued as Does are unknown to plaintiff.

c. ☐ Information about additional defendants who are not natural persons is contained in Complaint - Attachment 3c.

d. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names):*

4. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ plaintiff has complied with applicable claims statutes, or
   b. ☐ plaintiff is excused from complying because *(specify):*

5. This court is the proper court because
   ☐ at least one defendant now resides in its jurisdictional area.
   ☐ the principal place of business of a corporation or unincorporated association is in its jurisdictional area.
   ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   ☐ other *(specify):*

6. ☐ The following paragraphs of this complaint are alleged on information and belief *(specify paragraph numbers):*

SHORT TITLE: Godbout vs. Moreno

CASE NUMBER:

## COMPLAINT- Personal Injury, Property Damage, Wrongful Death (Continued)

Page three

7. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
☐ listed in Complaint - Attachment 7  ☐ as follows:

8. Plaintiff has suffered
- [x] wage loss
- [x] hospital and medical expenses
- ☐ property damage
- [x] other damage (specify): pain and suffering, loss of enjoyment of life, emotional distress.

- ☐ loss of use of property
- [x] general damage
- [x] loss of earning capacity

9. Relief sought in this complaint is within the jurisdiction of this court.

10. PLAINTIFF PRAYS
For judgment for costs of suit; for such relief as is fair, just, and equitable; and for
- [x] compensatory damages
  - [x] (Superior Court) according to proof.

  - ☐ (Municipal and Justice Court) in the amount of $ _____
- ☐ other (specify):

11. The following causes of action are attached and the statements above apply to each: (Each complaint must have one or more causes of action attached.)
- [x] Motor Vehicle
- [x] General Negligence
- ☐ Intentional Tort
- ☐ Products Liability
- ☐ Premises Liability
- ☐ Other (specify):

Muse' & Feerick, LLP
THOMAS F. FEERICK, ESQ.
(Type or print name)

(Signature of plaintiff or attorney)

__FIRST__ _____   **CAUSE OF ACTION - Motor Vehicle**   Page __4__
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Godbout, Vitkow

MV-1. *Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred*
on *(date)*: 12-10-99
at *(place)*: on San Mateo Road, Oceanside, California

MV-2. DEFENDANTS

   a. [X] The defendants who operated a motor vehicle are *(names)*: John G. Moreno

      [X] Does __1__ to __5__
   b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names)*:

      [X] Does __6__ to __10__
   c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names)*:
      John G. Moreno and

      [X] Does __11__ to __15__
   d. [X] The defendants who entrusted the motor vehicle are *(names)*:   John G. Moreno and

      [X] Does __16__ to __20__
   e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*: John G. Moreno and

      [ ] Does __21__ to __25__
   f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      [ ] listed in Attachment MV-2f   [ ] as follows:

      [ ] Does _____ to _____

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(2)
Optional Form
**CAUSE OF ACTION - Motor Vehicle**
(LEGAL SOLUTIONS)   CCP 425.12

SECOND _____     **CAUSE OF ACTION - General Negligence**     Page____5____
(number)

ATTACHMENT  TO  ☒ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   Godbout, Vitkow

alleges that defendant *(name)*:   jOHN G. Moreno

☒ Does __1____ to __25____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*: December 10, 1999
at *(place)*: or on San Mateo Road, City of Oceanside, County of San Diego,
State of California
*(description of reasons for liability)*:

GN-2   Plaintiffs hereby incorporate paragraphs MV-1 through V-2f, as though
fully stated herein.

GN-3   Defendants and each of them did carelessly and negligently maintain,
entrust, own and operate their motor vehicle, to wit 1998 Toyota 4Runner, CA
LP#4ARV828, in such a manner as to cause their vehicle to go out of control and
flip. As a result of such actions, Plaintiffs and each of them sustained severe
physical injuries and damages.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LARRY S. GODBOUT, and ) No.
JESSE L. VITKOW, )
                    )
        Plaintiffs, )   **CERTIFICATE OF SERVICE**
                    )   **BY MAIL**
    v.              )
                    )
JOHN MORENO and DOES 1-26, )
                    )
        Defendants. )
_____)

STATE OF CALIFORNIA )
                    )  ss
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, DOROTHY F. ROGERS, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On May 17, 2001, I deposited in the United States mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of **NOTICE OF REMOVAL** mailed to: **Thomas F. Feerick, Esquire, MUSE & FEERICK, LLP, 2424 Vista Way, Suite 204, Oceanside, California 92054** last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2001.

DOROTHY F. ROGERS

**ORIGINAL**

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

LARRY S. GODBCUT, and
JESSE L. VITKOW

**DEFENDANTS**

01 MAY 17 PH 3:01

**01 CV 0852 R (NLS)**

JOHN MORENO and DOES 1-25

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**      San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Thomas F. Feerick, Esquire
MUSE & FEERICK, LLP
2424 Vista Way, Suite 024
Oceanside, CA 92054

**ATTORNEYS (IF KNOWN)**

Kenneth J. Ian, Special Assistant U.S. Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893    Ph. (619) 557-7121

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only)      **FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

28: 1441 TM

Notice of Removal of a Civil Case  28 U.S.C. §§ 1441, 1442, 1446, 1346(b) and 2679

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ 1 Original Proceeding  ☒ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $ _____    Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE _____    Docket Number _____

DATE May 17, 2001

SIGNATURE OF ATTORNEY OF RECORD
KENNETH J. IAN